WILLIAM F. KOEPP v. THE CONSOLIDATED ELECTRIC
LIGHT AND POWER COMPANY.
**No. 13,534.**   (75 Pac. 1133.)

Error from Wyandotte court of common pleas; WILLIAM
G. HOLT, judge.   Opinion filed March 12, 1904.   Affirmed.

*John A. Hale,* and *Bird & Pope,* for plaintiff in error.
*Harkless, Crysler & Histed,* and *A. L. Berger,* for de-
fendant in error.

*Per Curiam:* This case was once decided adversely to
plaintiff in error.   (64 Kan. 735, 68 Pac. 608.)   A judgment
in his favor was reversed and a new trial granted, for the
reason that the negligence alleged and proved was not the
proximate cause of the injury.   After the case was re-
manded, plaintiff below filed a third amended petition.   His
counsel says in his brief:

"The third amended petition of the plaintiff merely enlarged the
cause of action already stated in the second amended petition by in-
serting other allegations material to the case.   . . .   The cause of
action in both petitions is the same."

Counsel further states that the third amended petition "is
a new version of an old story."   A general demurrer was sus-
tained to this pleading, of which plaintiff below complains.

The proceeding in error impresses us as an attempt to ob-
tain a rehearing in the original case.   Counsel for plaintiff
in error says:

"The third amended petition, like the second, merely charged
common negligence, and the negligence in both cases was charged to
be the crossing of its uninsulated electric-light wires with uninsulated
telephone wires of Radford."

The judgment of the court below will be affirmed.